HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN A. GERSON, NY Bar # 5505144
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
TYRONE TURNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  6:20-po-00548-JDP |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| vs. | Date:   February 23, 2021 |
| Tyrone Turner, | Time:   10:00 a.m. |
| Defendant. | Judge:  Hon. Jeremy D. Peterson |

The parties, through their respective counsel, Sean Anderson, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Tyrone Turner, hereby stipulate and jointly move this Court to continue Mr. Turner's status conference from January 12, 2021 until February 23, 2021.

Mr. Turner was arraigned before the Honorable United States Magistrate Judge Helena Barch-Kuchta on November 3, 2020.  Defense investigation is currently ongoing.  However, due to restrictions caused by the recent surge in COVID-19 cases in California and the winter holidays, the defense requests additional time for investigation.  The Government does not object.

//

//

//

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

Dated: January 8, 2021	  */s/ Sean Anderson*
Sean Anderson
Acting Legal Officer
National Park Service
Yosemite National Park


Dated: January 8, 2021	HEATHER E. WILLIAMS
Federal Defender


  */s/ Benjamin A. Gerson*
BENJAMIN A. GERSON
Assistant Federal Defender
Attorney for Defendant
Tyrone Turner

## **O R D E R**

For good cause shown, the court approves the stipulation [8] and the status conference is continued to **February 23, 2021 at 10:00 A.M**. in case 6:20-po-00548 JDP.

IT IS SO ORDERED.

Dated:   January 8, 2021	_____
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE